UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 DEC -6  A 10: 10

ALVIN VAN BRACKEN
(DOC #284835)

VERSUS

PARISH OF WEST BATON ROUGE, ET AL

CIVIL ACTION

NO. 07-735-A

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (doc. 4) of United States Magistrate Judge Christine Noland dated November 9, 2007. Plaintiff has filed an objection (doc. 5) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's claim for monetary damages resulting from the alleged wrongful miscalculation of his period of confinement shall be dismissed with prejudice, until the conditions set forth in Heck v. Humphrey, supra, are satisfied.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, December 6, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA